UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBRA SALZMAN, derivatively on behalf of the Nominal Defendant,<br><br>    Plaintiff,<br>  vs.<br><br>CAROL BARTZ and JERRY YANG,<br><br>    Defendants,<br><br>-and-<br><br>YAHOO! INC., a Delaware corporation,<br><br>    Nominal Defendant. | Case No. 3:11-CV-03269-CRB<br><br>Action Filed July 1, 2011<br><br>[PROPOSED] ORDER CONTINUING THE HEARING DATE ON MOTIONS TO CONSOLDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFFS, AND APPOINT LEAD COUNSEL; AND EXTENDING BRIEFING SCHEDULES<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br><br>Hearing Date: August 26, 2011<br>Hearing Time: 10:00 a.m. |

[Caption continued on following page]

---

[PROPOSED] ORDER CONTINUING THE HEARING DATE ON MOTIONS TO CONSOLIDATE RELATED
ACTIONS, APPOINT LEAD PLAINTTFS, AND APPOINT LEAD COUNSEL; AND
EXTENDING BRIEFING SCHEDULES

| | | |
|---|---|---|
| JANE OH, Derivatively on Behalf of Herself and All Others Similarly Situated, | ) | Case No. 3:11-CV-03286-CRB |
| Plaintiff, | ) | Action Filed: July 5, 2011 |
| vs. | ) | |
| CAROL A. BARTZ, JERRY YANG, ROY BOSTOCK, PATTI HART, SUSAN JAMES, VYOMESH JOSHI, DAVID KENNY, ARTHUR KERN, BRAD SMITH, AND GARY WILSON, | ) | |
| Defendants, | ) | |
| -and- | ) | |
| YAHOO! INC., | ) | |
| Nominal Defendant. | ) | |
| YAHIA TAWILA, Derivatively on Behalf of YAHOO! INC., | ) | Case No 3:11-CV-03301-CRB |
| Plaintiff, | ) | Action Filed: July 6, 2011 |
| vs. | ) | |
| CAROL A. BARTZ, JERRY YANG, ROY BOSTOCK, PATTI HART, SUE JAMES, VYOMESH JOSHI, DAVID KENNY, ARTHUR KERN, BRAD D. SMITH, and GARY WILSON, | ) | |
| Defendants, | ) | |
| -and- | ) | |
| YAHOO! INC., | ) | |
| Nominal Party. | ) | |

[PROPOSED] ORDER CONTINUING THE HEARING DATE ON MOTIONS TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFFS, AND APPOINT LEAD COUNSEL; AND EXTENDING BRIEFING SCHEDULES

| | |
|---|---|
| IRON WORKERS MID-SOUTH PENSION FUND, Derivatively on Behalf of YAHOO! INC., <br><br> Plaintiff, <br><br> vs. <br><br> CAROL BARTZ, JERRY YANG, ROY J. BOSTOCK, PATTI S. HART, SUSAN M. JAMES, VYOMESH JOSHI, ARTHUR H. KERN, BRAD D. SMITH, GARY L. WILSON, and JACK MA, <br><br> Defendants, <br><br> -and- <br><br> YAHOO! INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 3:11-CV-03302-CRB <br><br> Action Filed: July 6, 2011 |

[PROPOSED] ORDER CONTINUING THE HEARING DATE ON MOTIONS TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFFS, AND APPOINT LEAD COUNSEL; AND EXTENDING BRIEFING SCHEDULES

The Court, having considered plaintiffs Jane Oh, Yahia Tawila, and Iron Workers Mid-South Pension Fund's (collectively, the "Plaintiffs") Stipulation Continuing the Hearing Date on Motions to Consolidate Related Actions, Appoint Lead Plaintiffs, and Appoint Lead Counsel; and Extending Briefing Schedules (the "Stipulation"), and all papers submitted thereon and good cause appearing, HEREBY ORDERS:

1. Responses to the Iron Workers Motion and the Oh/Tawila Motion must be filed no later than Friday, August 5, 2011;

2. Replies in support of the Iron Workers Motion and the Oh/Tawila Motion must be filed no later than Friday, August 12, 2011;

3. The hearings in connection with the Iron Workers Motion and the Oh/Tawila Motion shall be continued to Friday, August 26, 2011, at 10:00 a.m. in the San Francisco Courthouse, Courtroom 6, 17th Floor, 450 Golden Gate Avenue, California, 94102;

4. Yahoo! and the Individual Defendants shall have no obligation to respond to the complaints filed by plaintiffs Oh, Tawila, and Iron Workers unless and until after the plaintiffs, through their Court-appointed lead counsel, designate a complaint as the operative complaint in the consolidated action, or file a consolidated complaint; and

5. The plaintiffs, through their Court-appointed lead counsel, will meet and confer with Yahoo! and the Individual Defendants within fourteen days after the designation of an operative complaint or the filing a consolidated complaint to set a response deadline and briefing schedule regarding the operative complaint or consolidated complaint.

**IT IS SO ORDERED.**

DATED: __July 26, 2011_____

THE HONORABLE CHARLES R. BREYER
JUDGE OF



Respectfully submitted,

ROBBINS UMEDA LLP
SHANE P. SANDERS (237146)

- 1 -

[PROPOSED] ORDER CONTINUING THE HEARING DATE ON MOTIONS TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFFS; APPOINT LEAD COUNSEL; AND EXTENDING BRIEFING SCHEDULES

```
           s/Shane P. Sanders
          SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA  92101

Counsel for Plaintiff Iron Workers Mid-South
Pension Fund and [Proposed] Co-Lead Counsel
for Plaintiffs


JOHNSON & WEAVER, LLP
FRANK J. JOHNSON (174882)
BRETT M. WEAVER (204715)
SHAWN E. FIELDS (255267)
501 West Broadway, Suite 1720
San Diego, CA  92101
Telephone:  (619) 230-0063
Facsimile: (619) 238-0622


[Proposed] Co-Lead Counsel for Plaintiffs

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY (134180)
MICHAEL GOLDBERG (188669)
EX KANO SAMS II (192936)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160


Counsel for Plaintiff Jane Oh and
[Proposed] Co-Lead Counsel for Plaintiffs


THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF
12707 High Bluff Drive, Suite 200
San Diego CA 92130
Telephone: (858) 794-1441
Facsimile:  (858) 794-1450


Counsel for Plaintiff YahiaTawila and
[Proposed] Co-Lead Counsel for Plaintiffs
```

[PROPOSED] ORDER CONTINUING THE HEARING DATE ON MOTIONS TO CONSOLIDATE RELATED
ACTIONS, APPOINT LEAD PLAINTIFFS, AND APPOINT LEAD COUNSEL; AND
EXTENDING BRIEFING SCHEDULES