UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBRA SALZMAN, derivatively on behalf of the Nominal Defendant,<br><br>Plaintiff,<br><br>vs.<br><br>CAROL BARTZ, JERRY YANG, ROY BOSTOCK, PATTI S. HART, SUSAN M. JAMES, VYOMESH JOSHI, DAVID KENNY, ARTHUR H. KERN, BRAD D. SMITH, and GARY L. WILSON<br><br>Defendants,<br><br>-and-<br><br>YAHOO! INC., a Delaware corporation,<br><br>Nominal Defendant. | Case No. 3:11-CV-03269-CRB<br><br>Action Filed July 1, 2011<br><br>[PROPOSED] ORDER CONTINUING DATES IN CONNECTION WITH PENDING MOTIONS FOR APPOINTMENT OF A LEAD PLAINTIFF AND LEAD COUNSEL<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br><br>Hearing Date: October 14, 2011<br>Hearing Time: 10:00 a.m. |

[Caption continued on following page]

[PROPOSED] ORDER CONTINUING DATES IN CONNECTION WITH PENDING MOTIONS FOR APPOINTMENT OF A LEAD PLAINTIFF AND LEAD COUNSEL – CV11-03269-CRB

| | | |
|---|---|---|
| 1 | JANE OH, Derivatively on Behalf of Herself and All Others Similarly Situated, | Case No. 3:11-CV-03286-CRB |
| 2 | Plaintiff, | Action Filed: July 5, 2011 |
| 3 | vs. | |
| 4 | CAROL A. BARTZ, JERRY YANG, ROY BOSTOCK, PATTI HART, SUSAN JAMES, VYOMESH JOSHI, DAVID KENNY, ARTHUR KERN, BRAD SMITH, AND GARY WILSON, | |
| 5 | | |
| 6 | Defendants, | |
| 7 | -and- | |
| 8 | YAHOO! INC., | |
| 9 | Nominal Defendant. | |
| 10 | | |
| 11 | YAHIA TAWILA, Derivatively on Behalf of YAHOO! INC., | Case No 3:11-CV-03301-CRB |
| 12 | Plaintiff, | Action Filed: July 6, 2011 |
| 13 | vs. | |
| 14 | CAROL A. BARTZ, JERRY YANG, ROY BOSTOCK, PATTI HART, SUE JAMES, VYOMESH JOSHI, DAVID KENNY, ARTHUR KERN, BRAD D. SMITH, and GARY WILSON, | |
| 15 | | |
| 16 | Defendants, | |
| 17 | -and- | |
| 18 | YAHOO! INC., | |
| 19 | Nominal Party. | |

[PROPOSED] ORDER CONTINUING DATES IN CONNECTION WITH PENDING MOTIONS FOR APPOINTMENT OF A LEAD PLAINTIFF AND LEAD COUNSEL – CV11-03269-CRB

| | | |
|---|---|---|
| 1 | IRON WORKERS MID-SOUTH PENSION FUND, Derivatively on Behalf of YAHOO! INC., | ) Case No. 3:11-CV-03302-CRB |
| 2 | | ) Action Filed: July 6, 2011 |
| | Plaintiff, | ) |
| 3 | vs. | ) |
| 4 | CAROL BARTZ, JERRY YANG, ROY J. BOSTOCK, PATTI S. HART, SUSAN M. JAMES, VYOMESH JOSHI, ARTHUR H. KERN, BRAD D. SMITH, GARY L. WILSON, and JACK MA, | ) |
| 5 | | ) |
| 6 | | ) |
| 7 | Defendants, | ) |
| 8 | -and- | ) |
| 9 | YAHOO! INC., a Delaware corporation, | ) |
| 10 | Nominal Defendant. | ) |

[PROPOSED] ORDER CONTINUING DATES IN CONNECTION WITH PENDING MOTIONS FOR APPOINTMENT OF A LEAD PLAINTIFF AND LEAD COUNSEL – CV11-03269-CRB

The Court, having considered the Stipulation Continuing Dates In Connection With Pending Motions For Appointment Of A Lead Plaintiff And Lead Counsel (the "Stipulation"), submitted by plaintiffs Yahia Tawila ("Tawila"), Jane Oh ("Oh"), Iron Workers Mid-South Pension Fund ("Iron Workers"), and Debra Salzman ("Salzman"), as well as by Nominal Defendant Yahoo! Inc. ("Yahoo") and the Individual Defendants, and good cause appearing, HEREBY ORDERS:

1. The Court vacates the August 12, 2011 date to file reply briefs in connection with the Re-Noticed Motion and Motion to Consolidate Related Actions, Appoint Lead Plaintiffs and Appoint Co-Lead Counsel (the "Tawila Motion") and the Amended Notice of Motion and Motion to Consolidate Related Actions and Appoint Lead Counsel (the "Iron Workers' Motion"), as previously set by this Court's July 27, 2011 Order Continuing the Hearing Date on Motions to Consolidate Related Actions, Appoint Lead Plaintiffs, and Appoint Lead Counsel; and Extending Briefing Schedules (the "July 27 Order");[1]

2. The August 26, 2011 hearing on the Tawila Motion and Iron Workers' Motion, as set by the July 27 Order, is vacated.

3. The dates set pursuant to Local Rule 7-7(d) for the opposition and reply to the August 5, 2011 Notice of Motion and Motion to be Appointed Lead Plaintiff, and for Appointment of Lead Counsel filed by Salzman (the "Salzman Motion")[2] are vacated (*i.e.* August 19, 2011 and August 26, 2011, respectively).

4. The September 9, 2011 date for a hearing on the Salzman Motion is vacated.

5. Only one further brief will be submitted by any party to the above-captioned actions in connection with the Competing Motions, which shall be a reply brief due to be filed on

---

[1] The deadline to oppose the Tawila Motion and the Iron Workers' Motion is not vacated changed or continued by this Order, however, given that such deadline passed on August 5, 2011.

[2] As used in this Order, the term "Competing Motions" refers to the Tawila Motion, the Iron Workers' Motion and the Salzman Motion.

- 1 -

[PROPOSED] ORDER CONTINUING DATES IN CONNECTION WITH PENDING MOTIONS FOR APPOINTMENT OF A LEAD PLAINTIFF AND LEAD COUNSEL – CV11-03269-CRB

September 30, 2011 (accordingly, the reply briefs filed by Tawila, Oh, Iron Workers, Yahoo or the Individual Defendants will include their opposition to the Salzman Motion); and

6. The hearing for all Competing Motions is set for Friday, October 14, 2011, at 10:00 a.m. in the San Francisco Courthouse, Courtroom 6, 17th Floor, 450 Golden Gate Avenue, California, 94102.

IT IS SO ORDERED.

DATED: __August 12, 2011__

_____
THE HONORABLE CHARLES M. BREYER
JUDGE OF THE DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Respectfully submitted,

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)


_____s/KATHLEEN A. HERKENHOFF_____

12707 High Bluff Drive, Suite 200
San Diego, CA 92130

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
JOSEPH M. PROFY
121 North Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
Facsimile: 610/225-2678

Attorneys for Plaintiff Yahia Tawila and [Proposed] Lead Counsel for Plaintiffs

---

[PROPOSED] ORDER CONTINUING DATES IN CONNECTION WITH PENDING MOTIONS FOR APPOINTMENT OF A LEAD PLAINTIFF AND LEAD COUNSEL – CV11-03269-CRB