1   ROBBINS UMEDA LLP
    BRIAN J. ROBBINS (190264)
2   brobbins@robbinsumeda.com
    CRAIG W. SMITH (164886)
3   csmith@robbinsumeda.com
    SHANE P. SANDERS (237146)
4   ssanders@robbinsumeda.com
    GINA STASSI (261263)
5   gstassi@robbinsumeda.com
    600 B Street, Suite 1900
6   San Diego, CA 92101
    Telephone: (619) 525-3990
7   Facsimile: (619) 525-3991

8   Counsel for Plaintiff Iron Workers Mid-South
    Pension Fund and [Proposed] Co-Lead Counsel for Plaintiffs
9

10

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                          SAN FRANCISCO DIVISION

14

15   DEBRA SALZMAN, derivatively on behalf of the )   Case No.  3:11-CV-03269-CRB
     Nominal Defendant,                           )
16                                                )   Action Filed: July 1, 2011
                          Plaintiff,              )
17       vs.                                      )   [PROPOSED] ORDER
                                                  )   CONSOLIDATING THE RELATED
18   CAROL BARTZ, JERRY YANG, ROY J.              )   ACTIONS, APPOINTING CO-LEAD
     BOSTOCK, PATTI HART, SUSAN M. JAMES,         )   COUNSEL, AND CONCERNING
19   VYOMESH JOSHI, DAVID KENNY, ARTHUR           )   RELATED MATTERS THEREON
     H. KERN, BRAD D. SMITH, and GARY L.          )
20   WILSON,                                      )
                          Defendants,             )
21                                                )
         -and-                                    )
22                                                )   Judge:  Hon. Charles R. Breyer
     YAHOO! INC., a Delaware corporation,         )   Courtroom:  6, 17th Floor
23                                                )
                          Nominal Defendant.      )
     _____)
24   [Caption continued on following page]

25

26

27

28

|  |  |  |
|---|---|---|
| 1 | YAHIA TAWILA, Derivatively on Behalf of<br>YAHOO! INC., | ) | Case No 3:11-CV-03301-CRB |
| 2 | Plaintiff, | ) | Action Filed:  July 6, 2011 |
| 3 | vs. | ) | |

YAHIA TAWILA, Derivatively on Behalf of
YAHOO! INC.,

                  Plaintiff,

vs.

CAROL BARTZ, JERRY YANG, ROY J.
BOSTOCK, PATTI HART, SUE JAMES,
VYOMESH JOSHI, DAVID KENNY, ARTHUR
H. KERN, BRAD D. SMITH, and GARY L.
WILSON,

                  Defendants,

-and-

YAHOO! INC.,

                  Nominal Defendant.

Case No 3:11-CV-03301-CRB

Action Filed:  July 6, 2011

IRON WORKERS MID-SOUTH PENSION
FUND, Derivatively on Behalf of YAHOO!
INC.,

                  Plaintiff,

     vs.

CAROL BARTZ, JERRY YANG, ROY J.
BOSTOCK, PATTI S. HART, SUSAN M.
JAMES, VYOMESH JOSHI, ARTHUR H.
KERN, BRAD D. SMITH, GARY L. WILSON,
and JACK MA,

                  Defendants,

    -and-

YAHOO! INC., a Delaware corporation,

                  Nominal Defendant.

Case No.  3:11-CV-03302-CRB

Action Filed:  July 6, 2011

[PROPOSED] ORDER CONSOLIDATING THE RELATED ACTIONS, APPOINTING CO-LEAD COUNSEL,
AND CONCERNING RELATED MATTERS THEREON

For good cause appearing, the Court HEREBY ORDERS:

1.      The following shareholder actions are currently pending in this Court on behalf of Nominal Defendant Yahoo! Inc. ("Yahoo" or the "Company") are hereby related and consolidated for pre-trial proceedings (the "Consolidated Action"):

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Salzman v. Bartz, et al.* | 3:11-CV-03269-CRB | July 1, 2011 |
| *Tawila v. Bartz et al.* | 3:11-CV-03301-CRB | July 6, 2011 |
| *Iron Workers Mid-South Pension Fund v. Bartz et al.* | 3:11-CV-03302-CRB | July 6, 2011 |

2.      Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE YAHOO! INC. SHAREHOLDER DERIVATIVE LITIGATION  ) ) )  | Master Docket No. 3:11-CV-03269-CRB |
| )  | (Consolidated with 3:11-CV-03301-CRB; 3:11-CV-03302-CRB) |
| This Document Relates To:  ) )  | |
| ALL ACTIONS.  ) )  | Judge: Hon. Charles R. Breyer  Courtroom: 6, 17th Floor |

3.      When a pleading or other court paper filed in the Consolidated Action is intended to apply to all actions therein, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set forth above.  When a pleading or other court paper is intended to be applicable only to one, or some, but not all of such actions, the party filing the document shall indicate the action(s) to which the document is intended to be applicable by last name of the named plaintiff(s) and the docket number(s).  The files of the

-1-

1  Consolidated Actions shall be maintained in one file under Master Docket No. 3:11-CV-03269-

2  CRB.

3      4.      Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Action are:

4              ROBBINS UMEDA LLP
               BRIAN J. ROBBINS (190264)
5              CRAIG W. SMITH (164886)
               SHANE P. SANDERS (237146)
6              GINA STASSI (261263)
               600 B Street, Suite 1900
7              San Diego, CA 92101
               Telephone: (619) 525-3990
8              Facsimile: (619) 525-3991
               brobbins@robbinsumeda.com
9              csmith@robbinsumeda.com
10             ssanders@robbinsumeda.com
               gstassi@robbinsumeda.com
11

12             JOHNSON & WEAVER, LLP
               FRANK J. JOHNSON (174882)
13             BRETT M. WEAVER (204715)
               SHAWN E. FIELDS (255267)
14             110 West "A" Street, Suite 750
               San Diego, CA 92101
15             Telephone:  (619) 230-0063
               Facsimile: (619) 255-1856
16             frankj@johnsonandweaver.com
               brettw@johnsonandweaver.com
17             shawnf@johnsonandweaver.com
18

19             THE WEISER LAW FIRM, P.C.
               KATHLEEN A. HERKENHOFF (168562)
20             12707 High Bluff Drive, Suite 200
               San Diego, CA 92130
21             Telephone:  (858) 794-1441
               Facsimile:  (858) 794-1450
22             kah@weiserlawfirm.com
23

24             THE WEISER LAW FIRM, P.C.
               ROBERT B. WEISER
25             BRETT D. STECKER
               JEFFREY J. CIARLANTO
26             JOSEPH M. PROFY
               121 N. Wayne Avenue, Suite 100
27             Wayne, PA 19087
               Telephone: (610) 225-2677
28

-2-

Facsimile: (610) 225-2678
rw@weiserlawfirm.com
bds@weiserlawfirm.com
jjc@weiserlawfirm.com
jmp@weiserlawfim.com

5.      Plaintiffs' Co-Lead Counsel shall have authority to speak for Plaintiffs in matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of the Consolidated Action and to avoid duplicative or unproductive effort.

6.      Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs in the Consolidated Action. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiff in the Consolidated Action except through Plaintiffs' Co-Lead Counsel.

7.      Defendants' counsel may rely upon all agreements made with either of Plaintiffs' Co-Lead Counsel, or other duly authorized representative of Plaintiffs' Co-Lead Counsel, and such agreements shall be binding on all plaintiffs in the Consolidated Action, and on plaintiffs in all other actions that are pending in, transferred to, or removed to, this Court that are related to, and consolidated with, the Consolidated Action.

8.      This Order shall apply to each case, arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to, or transferred to this Court.

9.      When a case which properly belongs as part of the *In re YAHOO! Inc. Shareholder Derivative Litigation*, Master Docket No. 3:11-CV-03269-CRB, is hereafter filed in, transferred to, or removed to, this Court, this Court requests the assistance of Co-Lead Counsel in filing a Notice of Pendency of Other Action or Proceeding (L.R. 3-13) (the "Notice") to call in to the attention of the clerk of the Court the filing, transfer or removal of any case which might

-3-

properly be consolidated as part of the *In re YAHOO! Inc. Shareholder Derivative Litigation*, Master Docket No. 3:11-CV-03269-CRB, and Co-Lead Counsel are to assist in assuring that plaintiffs and their counsel in subsequent actions (the "Later Filed Plaintiff(s)") receive notice of this Order. Within the time period set forth in L.R. 3-13(c) and (d) following service of this Order and the Notice upon the Later Filed Plaintiff(s), this Court shall, if it determines appropriate to do so, enter an order consolidating the action by the Later Filed Plaintiff(s) with the Consolidated Action.

10. The October 14, 2011 hearing on the competing lead plaintiff/lead counsel and consolidation motions (including the September 30, 2011 date to submit reply briefs) is vacated.

IT IS SO ORDERED.

DATED: _October 6, 2011_____



_____
THE HONORABLE CHARLES R. BREYER
JUDGE OF THE U.S. DISTRICT COURT

Respectfully submitted,

ROBBINS UMEDA LLP
SHANE P. SANDERS (237146)


_____s/Shane P. Sanders_____
SHANE P. SANDERS (237146)

600 B Street, Suite 1900
San Diego, CA 92101

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON (174882)
BRETT M. WEAVER (204715)
SHAWN E. FIELDS (255267)
501 West Broadway, Suite 1720
San Diego, CA 92101

[PROPOSED] ORDER CONSOLIDATING THE RELATED ACTIONS, APPOINTING CO-LEAD COUNSEL, AND CONCERNING RELATED MATTERS THEREON

1  Telephone:  (619) 230-0063
   Facsimile: (619) 238-0622

2
   Counsel for Plaintiff Iron Workers Mid-South
3  Pension Fund and [Proposed] Co-Lead Counsel
   for Plaintiffs

4
5  THE WEISER LAW FIRM, P.C.
   KATHLEEN A. HERKENHOFF (168562)
6  12707 High Bluff Drive, Suite 200
   San Diego CA 92130
7  Telephone: (858) 794-1441
   Facsimile:  (858) 794-1450
8
9  THE WEISER LAW FIRM, P.C.
   ROBERT B. WEISER
10 BRETT D. STECKER
   JEFFREY J. CIARLANTO
11 JOSEPH M. PROFY
   121 N. Wayne Avenue, Suite 100
12 Wayne, PA 19087
   Telephone: (610) 225-2677
13 Facsimile:  (610) 225-2678

14
   Counsel for Plaintiff YahiaTawila and
15 [Proposed] Co-Lead Counsel for Plaintiffs

16
17 LAW OFFICES OF DAVID N. LAKE
   DAVID N. LAKE
18 16130 Ventura Boulevard, Suite 650
   Encino, CA 91436
19 Telephone: (818) 788-5100
   Facsimile:  (818) 788-5199
20 david@lakelawpc.com

21
   LAW OFFICES OF KENNETH A. ELAN
22 KENNETH A. ELAN
   217 Broadway, Suite 606
23 New York, NY 10007
   Telephone: (212) 619-0261
24 Facsimile:  (212) 385-2707
   elanfirm@yahoo.com
25
26 ROY JACOBS & ASSOCIATES
   ROY L. JACOBS
27 60 East 42nd Street, 46th Floor
   New York, NY 10165
28

-5-

1  Telephone:  (212) 867-1156
   Facsimile:  (212) 504-8343
2  jacobs@jacobsclasslaw.com

3  Counsel for Plaintiff Debra Salzman

4  MORRISON & FOERSTER LLP
   MARK R.S. FOSTER (223682)
5  JORDAN ETH (121617)
   ANNA ERICKSON WHITE (161385)
6  425 Market Street
   San Francisco, CA 94105
7  Telephone: (415) 268-6335
   Facsimile:  (415) 276-7349
8

9  Counsel for Nominal Defendant Yahoo, Inc., Carol A. Bartz,
   Jerry Yang, Roy Bostock, Patti Hart, Susan
10 James, Vyomesh Joshi, David Kenny,
   Arthur Kern, Brad Smith, and Gary Wilson
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  656953

27

28
                                      -6-
    [PROPOSED] ORDER CONSOLIDATING THE RELATED ACTIONS, APPOINTING CO-LEAD COUNSEL,
                AND CONCERNING RELATED MATTERS THEREON

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List. I also certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the CM/ECF participants indicated on the attached Manual Notice List that are noted by a single asterisk (*).

**YAHOO Service List**

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF
12707 High Bluff Drive, Suite 200
San Diego CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450
kah@wiserlawfirm.com

*THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
BRETT D. STECKER
JEFFREY J. CIARLANTO
JOSEPH M. PROFY
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: (610) 225-2677
Facsimile: (610) 225-2678

Counsel for Plaintiff YahiaTawila

LAW OFFICES OF DAVID N. LAKE
DAVID N. LAKE
16130 Ventura Boulevard, Suite 650
Encino, CA 91436
Telephone: (818) 788-5100
Facsimile: (818) 788-5199
david@lakelawpc.com

LAW OFFICES OF KENNETH A. ELAN
KENNETH A. ELAN
217 Broadway, Suite 606

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS
GINA STASSI
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsumeda.com
csmith@robbinsumeda.com
ssanders@robbinsumeda.com
gstassi@robbinsumeda.com

JOHNSON & WEAVER LLP
FRANK J. JOHNSON
BRETT M. WEAVER
110 West "A" Street, Suite 750
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856

Counsel for plaintiff Iron Workers Mid-South
Pension Fund

New York, NY 10007
Telephone: (212) 619-0261
Facsimile: (212) 385-2707
elanfirm@yahoo.com

ROY JACOBS & ASSOCIATES
ROY L. JACOBS
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 867-1156
Facsimile: (212) 504-8343

Counsel for Plaintiff Debra Salzman

**DEFENDANTS**

*MORRISON & FOERSTER LLP
MARK R.S. FOSTER
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-6335
Facsimile: (415) 276-7349

Counsel for Yahoo, Inc., Carol A. Bartz, Jerry
Yang, Roy Bostock, Patti Hart, Susan James,
Vyomesh Joshi, David Kenny, Arthur Kern,
Brad Smith, and Gary Wilson

Defendant Jack Ma
24/F, Jubilee Center
18 Fenwick Street
Wanchai, Hong Kong, China

*In Pro Per*

     I certify under the penalty of perjury under the laws of the United States of America that
the foregoing is true and correct. Executed on October 3, 2011.

s/ SHANE P. SANDERS
SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990

Facsimile:  (619) 525-3991
ssanders@robbinsumeda.com

657148