1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  ANNA ERICKSON WHITE (CA SBN 161385)
   AWhite@mofo.com
3  MARK R.S. FOSTER (CA SBN 223682)
   MFoster@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Nominal Defendant Yahoo! Inc. and Defendants
   Carol A. Bartz, Jerry Yang, Roy Bostock, Patti Hart, Susan
8  James, Vyomesh Joshi, David Kenny, Arthur Kern, Brad Smith,
   and Gary Wilson
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13

| 14  IN RE YAHOO! INC. SHAREHOLDER DERIVATIVE LITIGATION | Master Docket No. 3:11-CV-03269-CRB |
| 15 | |
| 16  This Document Relates To: | (Consolidated with 3:11-CV-03301-CRB; 3:11-CV-03302-CRB) |
| 17  ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER TEMPORARILY DEFERRING PROSECUTION OF THIS ACTION** |
| 18 | |
| 19 | |
| 20 | Judge: Hon. Charles R. Breyer |
| 21 | Courtroom: 6, 17th Floor |

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TEMPORARILY DEFERRING CASE
CASE NO. 3:11-CV-03269-CRB
sf-3154250 v2

1

The parties, through their undersigned counsel, hereby submit this Stipulation and [Proposed] Order temporarily deferring prosecution of this shareholder derivative action.

**RECITALS**

A.   On October 7, 2011, this Court entered an order consolidating three related shareholder derivative lawsuits (the "Federal Derivative Litigation") asserting claims against certain officers and directors of Yahoo!.  (*See* Doc. 45.)

B.   The Federal Derivative Litigation is related to a consolidated securities class action captioned *In re Yahoo! Inc. Securities Litigation*, Master File No. 11-CV-02732-CRB, (the "Securities Class Action"), that is currently pending in this Court.  The defendants in the Securities Class Action have moved to dismiss the complaint (the "Class Action Motion to Dismiss").  A hearing on the Class Action Motion to Dismiss is scheduled for June 22, 2012.

C.   On March 5, 2012, the plaintiffs filed their Consolidated Complaint in the Federal Derivative Litigation.  (*See* Doc. 40.)

D.   Since the filing of the Consolidated Complaint, and pursuant to the terms of the parties' July 27, 2011 Stipulation (*see* Doc. 20), counsel for the parties have been engaged in discussions regarding appropriate next steps and means of efficiently managing the Federal Derivative Litigation.

E.   The parties agree that, given the unique circumstances of this case and to conserve party and judicial resources, all proceedings in the Federal Derivative Litigation should be deferred pending the Court's ruling on the Class Action Motion to Dismiss.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.   All proceedings in the Federal Derivative Litigation shall be deferred pending the Court's ruling on the Class Action Motion to Dismiss.

2.   The parties shall meet and confer within fourteen days of the Court's ruling on the Class Action Motion to Dismiss to discuss proposed next steps for the Federal Derivative Litigation.

| | | |
|---|---|---|
| 1 | Dated: June 6, 2012 | JORDAN ETH |
| 2 | | ANNA ERICKSON WHITE |
| | | MARK R.S. FOSTER |
| 3 | | MORRISON & FOERSTER LLP |
| 4 | | By:   /s/ Jordan Eth |
| | | JORDAN ETH |
| 5 | | |
| | | Attorneys for Nominal Defendant |
| 6 | | Yahoo! Inc. and Defendants Carol A. |
| | | Bartz, Jerry Yang, Roy Bostock, Patti |
| 7 | | Hart, Susan James, Vyomesh Joshi, |
| | | David Kenny, Arthur Kern, Brad Smith, |
| 8 | | and Gary Wilson |
| 9 | Dated: June 6, 2012 | JOHNSON & WEAVER, LLP |
| | | FRANK J. JOHNSON |
| 10 | | SHAWN E. FIELDS |
| 11 | | */s/ Frank J. Johnson* |
| | | FRANK J. JOHNSON |
| 12 | | |
| 13 | | 110 West A Street, Suite 750 |
| | | San Diego, CA  92101 |
| 14 | | Telephone: (619) 230-0063 |
| | | Facsimile: (619) 255-1856 |
| 15 | | |
| | | ROBBINS UMEDA LLP |
| 16 | | BRIAN J. ROBBINS |
| | | CRAIG W. SMITH |
| 17 | | SHANE P. SANDERS |
| | | GINA STASSI |
| 18 | | |
| | | 600 B Street, Suite 1900 |
| 19 | | San Diego, CA 92101 |
| | | Telephone: (619) 525-3990 |
| 20 | | Facsimile: (619) 525-3991 |
| 21 | | THE WEISER LAW FIRM, P.C. |
| | | KATHLEEN A. HERKENHOFF |
| 22 | | 12707 High Bluff Drive, Suite 200 |
| | | San Diego, CA 92130 |
| 23 | | Telephone: (858) 794-1441 |
| | | Facsimile: (858) 794-1450 |
| 24 | | |
| | | THE WEISER LAW FIRM, P.C. |
| 25 | | ROBERT B. WEISNER |
| | | 121 North Wayne Avenue, Suite 100 |
| 26 | | Wayne, PA 19087 |
| | | Telephone: (610) 225-2677 |
| 27 | | Facsimile: (610) 225-6278 |
| 28 | | Attorneys and Co-Lead Counsel for Plaintiffs |

1  **[PROPOSED] ORDER**

2  **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

3

4

5

6  DATED: June 7, 2012

7  HONORABLE CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28