JORDAN ETH (CA SBN 121617)
JEth@mofo.com
ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
MARK R.S. FOSTER (CA SBN 223682)
MFoster@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Nominal Defendant Yahoo! Inc. and Defendants
Carol A. Bartz, Jerry Yang, Roy Bostock, Patti Hart,
Susan James, Vyomesh Joshi, David Kenny, Arthur Kern,
Brad Smith, and Gary Wilson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE YAHOO! INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master Docket No. 3:11-CV-03269-CRB<br><br>(Consolidated with 3:11-CV-03301-CRB; 3:11-CV-03302-CRB)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PENDING APPEAL OF RELATED CLASS ACTION**<br><br>Date: November 15, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

1 **[PROPOSED] ORDER**

Nominal Defendant Yahoo! Inc. and Defendants Carol A. Bartz, Jerry Yang, Roy Bostock, Patti Hart, Susan James, Vyomesh Joshi, David Kenny, Arthur Kern, Brad Smith, and Gary Wilson (collectively, "Defendants") have moved the Court to stay this action pending an appeal to the Ninth Circuit of a class action related to this action captioned *Pension Trust Fund for Operating Engineers v. Yahoo! Inc.*, Ninth Circuit Appeal No. 12-17080.

This matter came on for hearing on November 15, 2013, at 10:00 a.m. Having considered all the papers filed by the parties in connection with Defendants' motion, the parties' arguments at hearing on this matter, and other matters of which the Court may properly take judicial notice, the Court rules as follows:

1. This action shall be stayed pending the Ninth Circuit's ruling in the appeal of the related class action; and
2. The parties to this action shall meet and confer no later than fourteen (14) days after the Ninth Circuit's ruling in the class action to discuss proposed next steps, and shall file a status report with this Court no later than seven (7) days after meeting and conferring.

IT IS SO ORDERED this 35yj day of 'Fgego dgt, 2013.



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE