ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
CRAIG W. SMITH (164886)
csmith@robbinsarroyo.com
SHANE P. SANDERS (237146)
ssanders@robbinsarroyo.com
GINA STASSI (261263)
gstassi@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

Counsel and Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE YAHOO! INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Master Docket No.: 3:11-cv-03269-CRB<br><br>(Consolidated with 3:11-cv-03301-CRB; and 3:11-cv-03302-CRB)<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE AND ORDER**<br><br>Judge:  Hon. Charles R. Breyer<br>Courtroom:  6, 17th Floor |

1  Plaintiffs Debra Salzman, Yahia Tawila, and Iron Workers Mid-South Pension Fund
2  (collectively, the "Plaintiffs"), and Defendants[1] (collectively the "Parties"), by and through their
3  undersigned counsel, stipulate as follows:

4  WHEREAS, on March 5, 2012, Plaintiffs filed their Verified Consolidated Shareholder
5  Derivative Complaint (the "Consolidated Complaint") (Dkt. No. 46);

6  WHEREAS, on June 7, 2012, this Court entered an order temporarily deferring
7  prosecution of this Action pending the Court's ruling on the motion to dismiss in the related
8  securities class action, captioned *In re Yahoo! Inc. Securities Litigation*, Master Docket No.: 11-
9  cv-02732-CRB (the "Securities Class Action") (Dkt. No. 48);

10  WHEREAS, on August 10, 2012, this Court issued an order granting the Securities Class
11  Action defendants' motion to dismiss, and entered a judgment dismissing the Securities Class
12  Action on September 11, 2012;

13  WHEREAS, on September 18, 2012, the Securities Class Action defendants filed a
14  Notice of Appeal to the U.S. Court of Appeals for the Ninth Circuit ("Court of Appeals");

15  WHEREAS, on December, 13, 2013, this Court granted defendants' motion to stay this
16  Action pending the Court of Appeals ruling on the Securities Class Action appeal (the "Stay"),
17  and ordered that the Parties meet and confer no later than fourteen days after the Court of
18  Appeal's ruling and file a status report no later than seven days after meeting and conferring
19  (Dkt. No. 64);

20  WHEREAS, on May 15, 2015, the Court of Appeals affirmed the August 10, 2012 order
21  dismissing the Securities Class Action;

22  WHEREAS the parties have met and conferred and have agreed upon a proposed
23  schedule for the designation of an operative complaint and/or the filing of an amended

---

[1] "Defendants" refers to Carol A. Bartz, Jerry Yang, Roy Bostock, Patti S. Hart, Susan M. James, Vyomesh Joshi, David Kenny, Arthur H. Kern, Brad D. Smith, Gary L. Wilson, and Nominal Defendant Yahoo! Inc. ("Yahoo" or the "Company").

-1-
JOINT STIPULATION SETTING BRIEFING SCHEDULE AND [PROPOSED] ORDER

complaint, defendants' motion(s) to dismiss and briefing thereon, and a hearing on the motion(s) to dismiss; and

WHEREAS, in the event that there are further developments in the Securities Class Action, the parties here will meet and confer again to discuss whether the stay should be renewed and report back to the Court.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE, SUBJECT TO COURT APPROVAL, AS FOLLOWS:

1. Plaintiffs shall file an amended consolidated complaint, or designate an operative complaint, on or before July 3, 2015.

2. Defendants shall file any motion(s) to dismiss on or before August 24, 2015.

3. Plaintiffs shall file any opposition(s) to Defendants' motion(s) to dismiss on or before October 23, 2015.

4. Defendants shall file any replies in support of their motion(s) to dismiss on or before November 20, 2015.

5. Defendants' motion(s) to dismiss shall be set for hearing on December 11, 2015, or a later date that is convenient for the Court.

6. In the event that there are further developments in the Securities Class Action, the parties here will meet and confer regarding whether the stay should be renewed and report back to the Court.

IT IS SO STIPULATED.

Dated: June 5, 2015

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
CRAIG W. SMITH (164886)
SHANE P. SANDERS (237146)
GINA STASSI (261263)

s/ Shane P. Sanders
SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

-2-
JOINT STIPULATION SETTING BRIEFING SCHEDULE AND [PROPOSED] ORDER

|     |                                       |
| --- | ------------------------------------- |
| 1   | brobbins@robbinsarroyo.com            |
|     | csmith@robbinsarroyo.com              |
| 2   | ssanders@robbinsarroyo.com            |
|     | gstassi@robbinsarroyo.com             |
| 3   |                                       |
|     | JOHNSON & WEAVER, LLP                 |
| 4   | FRANK J. JOHNSON (174882)             |
|     | BRETT M. WEAVER (204715)              |
| 5   | SHAWN E. FIELDS (255267)              |
| 6   | 600 West Broadway, Suite 1540         |
|     | San Diego, California 92101           |
| 7   | Telephone: (619) 230-0063             |
|     | Facsimile: (619) 255-1856             |
| 8   | frankj@johnsonandweaver.com           |
|     | brettw@johnsonandweaver.com           |
| 9   | shawnf@johnsonandweaver.com           |
| 10  |                                       |
|     | THE WEISER LAW FIRM, P.C.             |
| 11  | KATHLEEN A. HERKENHOFF (168562)       |
| 12  | 12707 High Bluff Drive, Suite 200     |
|     | San Diego, CA 92130                   |
| 13  | Telephone: (858) 794-1441             |
|     | Facsimile: (858) 794-1450             |
| 14  | kah@weiserlawfirm.com                 |
| 15  | THE WEISER LAW FIRM, P.C.             |
|     | ROBERT B. WEISER                      |
| 16  | BRETT D. STECKER                      |
| 17  | 22 Cassatt Avenue, First Floor        |
|     | Berwyn,  PA 19312                     |
| 18  | Telephone: (610) 225-2677             |
|     | Facsimile: (610) 408-8062             |
| 19  | rw@weiserlawfirm.com                  |
|     | bds@weiserlawfirm.com                 |
| 20  |                                       |
| 21  | *Co-Lead Counsel for Plaintiffs*      |
| 22  | ROY JACOBS & ASSOCIATES               |
|     | ROY L. JACOBS                         |
| 23  | 420 Lexington Avenue, Suite 2440      |
|     | New York, NY  10170                   |
| 24  | Telephone: (212) 867-1156             |
| 25  | Facsimile: (212) 504-8343             |
|     | jacobs@jacobsclasslaw.com             |
| 26  |                                       |
|     | RYAN & MANISKAS, LLP                  |
| 27  | KATHARINE M. RYAN                     |
| 28  | RICHARD A. MANISKAS                   |

-3-
JOINT STIPULATION SETTING BRIEFING SCHEDULE AND [PROPOSED] ORDER

995 Old Eagle School Road., Suite 311
Wayne, PA 19087
Telephone:  (484) 588-5516
Facsimile:  (484) 450-2582
kryan@rmclasslaw.com
rmaniskas@rmclasslaw.com

*Additional Counsel for Plaintiffs*

ROBEIN, URANN, SPENCER, PICARD &
   CANGEMI, APLC.
MARIA CANGEMI
CHRISTINA CARROLL
2540 Severn Avenue, Suite 400
Metairie, LA  70002
Telephone:  (504) 885-9994
Facsimile:  (504) 885-9969

*Additional Counsel for Plaintiff Iron Workers Mid-South Pension Fund*

Dated: June 5, 2015

MORRISON & FOERSTER LLP
JORDAN ETH (121617)
ANNA ERICKSON WHITE (161385)
MARK R.S. FOSTER (223682)

s/ Mark R.S. Foster
_____
MARK R.S. FOSTER

425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
jeth@mofo.com
awhite@mofo.com
mfoster@mofo.com

*Counsel for Nominal Defendant Yahoo! Inc. and Defendants Carol A. Bartz, Jerry Yang, Roy Bostock, Patti Hart, Susan James, Vyomesh Joshi, David Kenny, Arthur Kern, Brad Smith, and Gary Wilson*

**ORDER**

Having reviewed the parties' Joint Stipulation Setting Briefing Schedule and good cause shown, the Court hereby orders:

1. Plaintiffs will file an amended consolidated complaint, or designate an operative complaint on or before July 3, 2015.

2. Defendants shall file any motion(s) to dismiss on or before August 24, 2015.

3. Plaintiffs shall file any opposition(s) to Defendants' motion(s) to dismiss on or before October 23, 2015.

4. Defendants shall file any replies in support of their motion(s) to dismiss on or before November 20, 2015.

5. Defendants' motion(s) to dismiss shall be set for hearing on December 11, 2015, or a later date that is convenient for the Court.

6. In the event that there are further developments in the Securities Class Action, the parties here will meet and confer regarding whether the stay should be renewed and report back to the Court.

IT IS SO ORDERED.

Dated: June 12, 2015

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**ECF ATTESTATION**

I, Shane P. Sanders, am the ECF User whose ID and Password are being used to file this: JOINT STIPULATION SETTING BRIEFING SCHEDULE AND [PROPOSED] ORDER in compliance with Civil Local Rule 5-1(i)(3), I hereby attest that the following people have concurred in this filing:

Frank J. Johnson;

Kathleen A. Herkenhoff;

Robert B. Weiser;

Roy L. Jacobs;

Richard A. Maniskas;

Maria Cangemi; and

Anna Erickson White.

Dated: June 5, 2015                    ROBBINS ARROYO LLP

By:  _____s/ Shane P. Sanders_____
             SHANE P. SANDERS

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2015, I authorized the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those signed up as CM/ECF participants.

I hereby certify that I am a member of the Bar of the United States District Court, Northern District of California.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 5, 2015.

s/ Shane P. Sanders
SHANE P. SANDERS

ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
ssanders@robbinsarroyo.com

JOINT STIPULATION SETTING BRIEFING SCHEDULE AND [PROPOSED] ORDER