1  THE WEISER LAW FIRM, P.C.
   KATHLEEN A. HERKENHOFF (168562)
2  12707 High Bluff Drive, Suite 200
   San Diego, CA 92130
3  Telephone: 858/794-1441
   Facsimile:  858/794-1450
4  kah@weiserlawfirm.com

5  Co-Lead Counsel and Counsel for Plaintiff Yahia Tawila

6  [Additional counsel appear on signature page]

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  IN RE YAHOO! INC. SHAREHOLDER  )  Master Docket No. 3:11-CV-03269-CRB
    DERIVATIVE LITIGATION          )
13                                 )  (Consolidated with 3:11-CV-03301-CRB;
                                   )  3:11-CV-03302-CRB)
14  This Document Relates To:      )
                                   )  STIPULATION AND ORDER GRANTING
15      ALL ACTIONS.               )  WITHDRAWAL OF PLAINTIFF YAHIA
                                   )  TAWILA WITHOUT PREJUDICE AND
16                                    GRANTING WITHDRAWAL OF
                                      TAWILA'S COUNSEL
17                                    Judge: Hon. Charles R. Breyer
                                      Courtroom: 6, 17th Floor
18

1  WHEREAS Plaintiff Yahia Tawila ("Tawila") seeks to withdraw as a named plaintiff in the
2  above-captioned action (the "Action") without prejudice (the "Tawila Withdrawal");
3  WHEREAS Tawila's counsel, The Weiser Law Firm, P.C. (the "Weiser Firm") will also
4  withdraw as one of the Court appointed Co-Lead Counsel for Plaintiffs in connection with the
5  Tawila Withdrawal (the "Weiser Withdrawal");
6  WHEREAS none of the other parties to the Action object to either the Tawila Withdrawal or
7  to the Weiser Withdrawal;
8  Accordingly, it is hereby stipulated between the parties, through their undersigned counsel,
9  that:
10  1.  The Tawila Withdrawal, without prejudice, should be granted.  It is further agreed that
11      Tawila reserves all rights to submit any claims, or file any actions, against any of the
12      Defendants named in the Action, in connection with any direct or class claims he may
13      seek to assert.
14  2.  The Weiser Withdrawal should be granted.
15  IT IS SO STIPULATED.

16  DATED: October 20, 2015            THE WEISER LAW FIRM, P.C.
                                       KATHLEEN A. HERKENHOFF (168562)
17
18
                                            /S/ KATHLEEN A. HERKENHOFF
19                                          KATHLEEN A. HERKENHOFF

20                                     12707 High Bluff Drive, Suite 200
                                       San Diego, CA 92130
21                                     Telephone: 858-794-1441
                                       Facsimile: 858-794-1450
22
                                       THE WEISER LAW FIRM, P.C.
23                                     ROBERT B. WEISER
                                       BRETT D. STECKER
24                                     22 Cassatt Avenue, First Floor
                                       Berwyn, PA 19312
25                                     Telephone: 610-225-2677
                                       Facsimile: 610-408-8062
26
                                       Attorneys for Plaintiff Yahia Tawila and Co-Lead
27                                     Counsel
28

STIPULATION AND [PROPOSED] ORDER GRANTING WITHDRAWAL OF PLAINTIFF YAHIA
TAWILA WITHOUT PREJUDICE AND GRANTING WITHDRAWAL OF TAWILA'S COUNSEL
– Master Docket No. 3:11-CV-03269-CRB

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  October 20, 2015 | JOHNSON & WEAVER<br>SHAWN FIELDS |
| 3 | | |
| 4 | | |
| 5 | | _____/S/ SHAWN FIELDS_____<br>SHAWN FIELDS |
| 6 | | 600 W. Broadway, Suite 1540<br>San Diego, CA 92101 |
| 7 | | Telephone: 619/230-0063 |
| 8 | | Co-Lead Counsel for Plaintiffs |
| 9 | DATED:  October 20, 2015 | ROBBINS ARROYO LLP<br>SHANE P. SANDERS |
| 10 | | |
| 11 | | |
| 12 | | _____/S/ SHANE P. SANDERS_____<br>SHANE P. SANDERS |
| 13 | | 600 B Street, Suite 1900<br>San Diego, CA 92101 |
| 14 | | Telephone: 619/525-3990 |
| 15 | | Co-Lead Counsel for Plaintiffs |
| 16 | DATED:  October 20, 2015 | MORRISON & FOERSTER LLP<br>MARK FOSTER |
| 17 | | |
| 18 | | |
| 19 | | _____/S/ MARK FOSTER_____<br>MARK FOSTER |
| 20 | | 425 Market Street<br>San Francisco, CA 94105 |
| 21 | | Telephone: 415/268-6335<br>Facsimile:  415/276-7349 |
| 22 | | mfoster@mofo.com |
| 23 | | Attorneys for Defendants Carol A. Bartz, Jerry Yang, Roy Bostock, Patti Hart, Susan James, Vyomesh Joshi, David Kenny, Arthur Kern, Brad Smith, Gary Wilson and Nominal Defendant Yahoo! Inc. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER GRANTING WITHDRAWAL OF PLAINTIFF YAHIA TAWILA WITHOUT PREJUDICE AND GRANTING WITHDRAWAL OF TAWILA'S COUNSEL – Master Docket No. 3:11-CV-03269-CRB

\*       \*       \*

### ORDER

The Court, having considered the above stipulation of the parties, and good cause appearing therefore, hereby ORDERS THAT:

1. The Tawila Withdrawal is granted, without prejudice, and subject to the terms and conditions set forth above.
2. The Weiser Withdrawal is granted.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 21, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE