**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Yahoo! Inc. Shareholder Derivative Litigation / | CASE NO. 11-cv-3269-CRB<br>**JUDGMENT** |

For the reasons stated in this Court's Order Granting the Motion to Dismiss With Prejudice (dkt. 83), the Court hereby ENTERS JUDGMENT for Defendants. The clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: March 15, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE